A. Arthur Jenkins and Charles M. Carpenter, Doing Business, etc., Respondents, v. Herbert Stern, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the answer and opposing affidavit of the defendant clearly indicate that a triable issue is presented which may only be determined at a trial thereof.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Arthur H. Henderson, Respondent, v. Hartford Accident and Indemnity Company, Appellant.— Judgment and order affirmed, with costs.   No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Eugene J. Busher Co., Inc., Respondent, v. Steuben Tavern, Inc., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements.   No opinion.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Bertha Greenberg and Jacob Greenberg, Respondents, v. 933 East One Hundred and Eighty-first Street Realty Corporation, Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

King Drug Stores, Inc., Appellant, v. Ramsgate Realty Co., Inc., and Others, Respondents, Impleaded with Another.— Judgments and orders affirmed, with costs.   No opinion.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.   [152 Misc. 42.]

In the Matter of the Application of Mary A. White, Respondent, Appellant, to Compel Robert L. Brokenburr, as Ancillary Executor and Trustee of the Estate of A'Lelia Walker Kennedy, Deceased, Appellant, Respondent, to Pay the Claim of Petitioner against the Estate of the Said A'Lelia Walker Kennedy, Deceased.   (Consolidated appeals.) — Decree affirmed, without costs.   No opinion.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Estelle Durham Potts, Appellant, v. William Brevoort Potts, Respondent.— Judgment and order affirmed.   No opinion.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

The Rudolph Wurlitzer Company, Appellant, v. General Motors Corporation, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Martin, Merrell, O'Malley, Townley and Glennon, JJ.

Galicia Sporting Club, Inc., Respondent, v. La Prensa, Inc., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements.   No opinion.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Jennie O. Vilece, Administratrix, etc., of Dominick D. Vilece, Deceased, Appellant, v. New York City Employees' Retirement System, Defendant, Impleaded with Theresa Vilece, Respondent.— Judgment affirmed, with costs to the respondent Theresa Vilece.   No opinion.   Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Henry M. Engel and Another, Respondents, v. Moses Ufland and Others, Defendants, Impleaded with Leonard M. Ufland and Arthur W. Ufland, Appellants.— Order affirmed, with twenty dollars costs and disbursements.   No opinion.   The date for the examination to proceed to be fixed in the order. Settle order on notice.   Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.